**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Criminal Action No. 01-cr-00007-RPM-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS WILLIAM SIM,

      Defendant.

_____

**ORDER REASSIGNING CRIMINAL CASE**
_____

      This Court having been advised by the Probation Officer of new federal charges pending against the defendant in United States District Court, District of Colorado, case number 12-cr-00083-CMA-01 and the Court in agreement with United States District Chief Judge Wiley Y. Daniel, it is

      ORDERED that this criminal case is reassigned to the Honorable Christine M. Arguello for all further proceedings.

      DATED at Denver, Colorado, this 21st day of March, 2012.

                        BY THE COURT:


                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge